DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBORAH GEISMAR,**
Appellant,

v.

**CITIBANK, N.A.,** et al.**,**
Appellees.

No. 4D21-1912

[January 6, 2022]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph G. Marx, Judge; L.T. Case No. 502019CA007523XXXMB.

Margery E. Golant of Margery E. Golant, P.A., Boca Raton, for appellant.

Lauren G. Raines and Tara M. Petzoldt of Bradley Arant Boult Cummings LLP, Tampa, for appellee Citibank, N.A.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***